Deverie J. Christensen
Nevada State Bar No. 6596
Holly E. Walker
Nevada State Bar No. 14295
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email:  deverie.christensen@jacksonlewis.com
Email:  holly.walker@jacksonlewis.com

*Attorneys for Defendants Carlos E. Fonte M.D., Ltd.
dba Advanced Cardiovascular Specialists
and Carlos E. Fonte*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GAIL E. SANDLER,<br><br>       Plaintiff,<br><br>   vs.<br><br>CARLOS E. FONTE M.D., LTD., a Nevada professional corporation, dba ADVANCED CARDIOVASCULAR SPECIALISTS; and CARLOS E. FONTE, individually,<br><br>       Defendants. | Case No. 2:21-cv-01044- JCM-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY DISCOVERY PENDING EARLY NEUTRAL EVALUATION SESSION** |

IT IS HEREBY STIPULATED by and between Plaintiff Gail E. Sandler ("Plaintiff"), through her counsel Law Offices of Robert P. Spretnak, and Defendants Carlos E. Fonte M.D., Ltd. dba Advanced Cardiovascular Specialists and Carlos E. Fonte ("Defendants"), through their counsel Jackson Lewis P.C., as follows:

1.     The Early Neutral Evaluation ("ENE") Session was originally scheduled for this matter for August 13, 2021. On August, 12, 2021, due to an unexpected conflict, the Court *sua sponte* vacated the August 13, 2021 ENE (ECF No. 16). Due to the limited availability of the Court to reschedule the ENE, the earliest date on which all Parties were available was December 3, 2021. The Court moved the ENE to December 3, 2021 (ECF No. 19).

2.     The parties stipulate and agree to stay discovery until the ENE is conducted on December 3, 2021. ENEs are usually conducted early in the discovery period to allow parties the

opportunity to attempt resolution, or at least to narrow the scope of discovery, prior to expending substantial time and money on discovery. The parties had already made initial disclosures and were poised to attend the ENE on August 13, 2021, in a good faith attempt to resolve this case without incurring the time and expense of discovery. Unfortunately, due to the Court's conflict and rescheduling of the ENE, the ENE will not be conducted until December 3, 2021, which is several months into the initial discovery period. The parties would like to devote their time and attention to resolving this matter, prior to incurring additional discovery costs, which will include written discovery by other parties, depositions, and third-party discovery.

3. The parties further stipulate and agree that if they are unable to resolve this action at or before the ENE, they will promptly reconvene a Rule 26(f) conference and submit a proposed Amended Discovery Plan and Scheduling Order, on or before December 10, 2021 (which is one week following the December 3, 2021 ENE).

4. At present, the following discovery has been completed in this matter:

(a) Plaintiff served her Initial Disclosures on July 16, 2021;

(b) Defendants served their Initial Disclosures on July 23, 2021.

5. The Stipulated Discovery Plan and Scheduling Order in this matter was entered on July 2, 2021. (ECF 14). Discovery that remains to be completed in this matter includes written discovery requests (e.g., interrogatories, document requests, requests for admission, etc.), potential third-party discovery (e.g., subpoenas, etc.), and the depositions of Plaintiff, Defendant Fonte, and any other Defense witnesses.

6. This stipulation is presented in good faith and not for purposes of delay. No prior request for any extension of scheduling or discovery deadlines has been made.

Dated this 26th day of October, 2021.

LAW OFFICES OF ROBERT P. SPRETNAK

*/s/ Robert P. Spretnak*
Robert P. Spretnak, Esq., Bar No. 5135
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123

*Attorney for Plaintiff*

JACKSON LEWIS P.C.

*/s/ Deverie J. Christensen*
Deverie J. Christensen, Bar No. 6596
Holly E. Walker, Bar No. 14295
300 S. Fourth Street, Ste. 900
Las Vegas, Nevada 89101

*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED:

United States Magistrate Judge

Dated: 10-27-2021

4814-0910-8989, v. 1