Deverie J. Christensen
Nevada State Bar No. 6596
Holly E. Walker
Nevada State Bar No. 14295
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email: deverie.christensen@jacksonlewis.com
Email: holly.walker@jacksonlewis.com

*Attorneys for Defendants Carlos E. Fonte M.D., Ltd.*
*dba Advanced Cardiovascular Specialists*
*and Carlos E. Fonte*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GAIL E. SANDLER, | |
| Plaintiff, | Case No. 2:21-cv-01044- JAD-VCF |
| vs. | |
| CARLOS E. FONTE M.D., LTD., a Nevada professional corporation, dba ADVANCED CARDIOVASCULAR SPECIALISTS; and CARLOS E. FONTE, individually, | **STIPULATION AND ORDER TO EXTEND DISCOVERY AND DISPOSITIVE MOTION DEADLINES** **(First Request)** |
| Defendants. | |

Plaintiff Gail E. Sandler ("Plaintiff"), through her counsel Law Offices of Robert P. Spretnak, and Defendants Carlos E. Fonte M.D., Ltd. dba Advanced Cardiovascular Specialists ("ACS") and Carlos E. Fonte ("Dr. Fonte") (collectively, "Defendants"), through their counsel Jackson Lewis P.C., hereby stipulate and agree as follows:

1.      On December 10, 2021, the Court entered an Order granting the parties' Amended Stipulated Discovery Plan and Scheduling Order.  ECF No. 25.

2.      This is the first request by the parties to extend the discovery deadlines set forth in the December 10, 2021, Order.  ECF No. 25.

3.      Plaintiff's Counsel will be out of the office and traveling internationally during the month of May 2022. Plaintiff's Counsel has also been busy with several other matters, including an appeal with the Ninth Circuit and an upcoming trial.

4.      Defendants' Counsel has been busy with several other matters, including two arbitrations scheduled approximately over the next six weeks.

5.      Given these issues, the parties recognize they will be unable to complete outstanding discovery, particularly depositions in this case by June 1, 2022, and are requesting an extension of the discovery deadline.

6.      The parties stipulate and agree to extend the deadline for the close of discovery for ninety (90) days to allow the parties to complete the pending written discovery and conduct necessary depositions in order to fully evaluate the claims and defenses presented.

## STATEMENT OF DISCOVERY THAT HAS BEEN COMPLETED

On July 16, 2021, Plaintiff served her initial disclosures. On July 23, 2021, Defendants served their initial disclosures. On October 21, 2021, Defendant ACS served a Supplement to Initial Disclosures. On December 23, 2021, Plaintiff served her First Set of Requests for Production of Documents on Defendants, her First Set of Requests for Admissions on Defendant Dr. Fonte, and her First Supplement to Plaintiff's Initial Disclosures. On February 17, 2022, Defendants responded to Plaintiff's First Set of Requests for Production of Documents, and Defendant Dr. Fonte responded to Plaintiff's First Set of Requests for Admissions. Defendants also served Supplements to Initial Disclosures on February 17, 2022.  On March 25, 2022, Defendants served their First Set of Interrogatories and First Set of Requests for Production of Documents on Plaintiff. On April 25, 2022, Plaintiff responded to Defendants' First Set of Requests for Production of Documents and served her Second Supplement to Initial Disclosures. Plaintiff is working on responses to Defendants' First Set of Interrogatories and has been granted an extension to May 25, 2022, to serve her responses. The parties are currently working on completing written discovery and scheduling depositions.

## STATEMENT OF DISCOVERY THAT REMAINS TO BE COMPLETED

The parties have not yet completed discovery and anticipate that additional time will be needed for written discovery and depositions, including the depositions of Plaintiff and Defendant Dr. Fonte. Further written discovery may be needed depending on the outcome of the initial round

Jackson Lewis P.C.
Las Vegas

2

of depositions. For the above stated reasons, the parties request that the discovery deadline be extended ninety (90) days from **June 1, 2022,** to **August 30, 2022**.

## **PROPOSED SCHEDULE**

The parties stipulate and agree that:

1.      **Discovery:**  The discovery period shall be extended ninety (90) days from **June 1, 2022,** to **August 30, 2022**.

2.      **Dispositive Motions:**  The parties shall have through and including **September 29, 2022**, to file dispositive motions, which is thirty (30) days after the discovery deadline.

3.      **Pre-Trial Order:**  If no dispositive motions are filed, the Joint Pretrial Order shall be filed thirty (30) days after the date set for the filing of dispositive motions. In the event dispositive motions are filed, the date for filing the Joint Pretrial Order shall be suspended until thirty (30) days after decision on the dispositive motions or by further order of the Court.

4.      **Extensions or Modifications of the Discovery Plan and Scheduling Order:**  In accordance with Local Rule 26-3, a stipulation or motion for modification or extension of this discovery plan and scheduling order and any deadline contained herein, must be made not later than twenty-one (21) days before the subject deadline.  Any additional stipulations or motions to extend the discovery period shall be filed no later than **August 9, 2022.**

////
////
////
////
////
////
////
////
////
////

1         This stipulation and order is sought in good faith and not for the purpose of delay.

2         Dated this 3rd day of May, 2022.

3    LAW OFFICES OF ROBERT P. SPRETNAK    JACKSON LEWIS P.C.

4

5    */s/ Robert P. Spretnak*             */s/ Holly E. Walker*
     Robert P. Spretnak, Esq., Bar No. 5135    Deverie J. Christensen, Bar No. 6596

6    8275 S. Eastern Avenue, Suite 200       Holly E. Walker, Bar No. 14295
     Las Vegas, Nevada 89123             300 S. Fourth Street, Ste. 900
                                       Las Vegas, Nevada 89101
7      *Attorney for Plaintiff*
                                       *Attorneys for Defendants*
8

9

10                        **ORDER**

11   IT IS SO ORDERED:

12   _____

13   United States Magistrate Judge

14                   Dated:  5-4-2022  _____

     4864-6443-5230, v. 1

15

16

17

18

19

20

21

22

23

24

25

26

27

28