Deverie J. Christensen
Nevada State Bar No. 6596
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email: deverie.christensen@jacksonlewis.com

*Attorneys for Defendants Carlos E. Fonte M.D., Ltd.
dba Advanced Cardiovascular Specialists
and Carlos E. Fonte*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GAIL E. SANDLER,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CARLOS E. FONTE M.D., LTD., a Nevada professional corporation, dba ADVANCED CARDIOVASCULAR SPECIALISTS; and CARLOS E. FONTE, individually,<br><br>　　　　Defendants. | Case No. 2:21-cv-01044- JAD-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AND VACATING MAY 22, 2023 STATUS CHECK**<br><br>**[ECF No. 47]** |

　　　　Plaintiff Gail E. Sandler ("Plaintiff"), through her counsel Law Offices of Robert P. Spretnak, and Defendants Carlos E. Fonte M.D., Ltd., dba Advanced Cardiovascular Specialists ("ACS") and Carlos E. Fonte ("Dr. Fonte") (collectively, "Defendants"), through their counsel Jackson Lewis P.C., pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii) hereby stipulate to the Dismissal With Prejudice of this action, including all claims herein against all parties, with each party to bear its own attorney's fees and costs.

/ / /

/ / /

/ / /

/ / /

It is further stipulated that the Status Check currently scheduled for May 22, 2023 at 10:45 a.m. be vacated.

Dated this 18th day of May, 2023.

| LAW OFFICES OF ROBERT P. SPRETNAK | JACKSON LEWIS P.C. |
|---|---|
| /s/ Robert P. Spretnak<br>Robert P. Spretnak, Esq., Bar No. 5135<br>8275 S. Eastern Avenue, Suite 200<br>Las Vegas, Nevada 89123 | /s/ Deverie J. Christensen<br>Deverie J. Christensen, Bar No. 6596<br>300 S. Fourth Street, Ste. 900<br>Las Vegas, Nevada 89101 |
| *Attorney for Plaintiff* | *Attorneys for Defendants* |

# ORDER

**IT IS THEREFORE ORDERED** that, based on the parties' stipulation and good cause appearing, this action is **DISMISSED** with prejudice, with each party to bear its own attorney's fees and costs. **The Clerk of Court is directed to CLOSE THIS CASE.**

**IT IS FURTHER ORDERED** that the status check scheduled for May 22, 2023 at 10:45 a.m. is **VACATED.**

_____
United States District Court Judge

Dated: May 18, 2023